

U.S. DEPARTMENT OF JUSTICE

*United States Attorney*
*Eastern District of California*

*Benjamin B. Wagner*
*United States Attorney*

Robert T. Matsui
United States Courthouse
501 I Street, Suite 10-100
Sacramento, CA 95814

Phone 916/554-2700
Fax    916/554-2900
TTD 916/554-2855

June 12, 2012

**FILED**
JUN 1 2 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

TO:     Honorable Gregory G. Hollows
        United States Magistrate Judge

FROM:   Jill Thomas (/s/ Jill Thomas)
        Assistant U.S. Attorney

SUBJECT: Dismissals

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its attorney, hereby moves this Honorable Court for an Order dismissing the following violations and to recall the warrants and/or abstracts:

| DEFENDANT'S NAME | CITATION NO. | ISSUED | RECALL |
|---|---|---|---|
| Kenneth M. Schmidt | 2:09-mj-00131 | 04/21/09 | Abstract |
| Jonathan L. Bostick | R762524/EC18 | 12/14/93 | |
| Gregory Brown | R705101/EC18 | 05/11/93 | Abstract |
| Dena Broussard | F3636790/CA30 | 09/08/09 | Abstract |
| Raul Briseno | R611068/CA95 | 10/21/97 | Abstract |
| Steven Briggs | F3936672/CA46 | 07/08/08 | Abstract |
| Elegan Brewster | A021953/CA85 | 06/08/04 | Abstract |
| Earl E. Bradley, Jr. | R741882/EC18 | 04/12/94 | Abstract |
| Deborah Brackett | D001476/CA12 | 07/13/04 | Abstract |
| Ralph M. Bozeman | 0895030/CA52 | 12/31/06 | |
| Melvin Bowen | 1267728/CA18 | 04/08/08 | Abstract |
| Frank Bowman | R2069249/CA95 | 07/18/00 | Abstract |
| Joseph A. Berry | F3394085/CA95 | 03/17/10 | |
| Leslie R. Camper | 0000588/CA12 | 12/09/03 | Abstract |
| Dullon B. Candelaria | F3801791/CA46 | 02/26/06 | Abstract |
| Michael A. Campano | R763109/EC18 | 03/07/95 | Abstract |
| Rhom Campbell | F3686648/CA4A | 08/09/08 | Abstract |
| Lendra E. Campbell | G311082/EC21 | 11/18/93 | Abstract |
| Ian W. Clark | F4351043/CA30 | 09/07/10 | Abstract |
| Matty Dahl | F4308925/CA30 | 04/09/10 | Abstract |
| Christopher Castellaos | E000803/CA12 | 02/11/03 | Abstract |

| DEFENDANT'S NAME | CITATION NO. | ISSUED | RECALL |
|---|---|---|---|
| Scott D. Cutler | F1334081/EC31 | 10/22/91 | Warrant |
| Doug W. Curl | F1509953/EC36 | 11/27/90 | Warrant |
| Dennis L. Cunha | A2232707/EC91 | 05/09/92 | Warrant |
| Robert D. Cummings | F3828498/CA30 | 09/11/07 | Warrant |
| Danny Cummings | R704089/EC18 | 04/12/94 | Abstract |
| Stanley R. Cullum | A2264678/EC91 | 11/15/94 | Warrant |
| Francisco Cuevas | R729302/EC18 | 12/13/94 | Warrant |
| John M. Cuevas | R729486/EC18 | 01/09/96 | Warrant |
| John M. Cuevas | R729486/EC18 | 01/09/96 | Abstract |
| Alberto Cuevas | R736510/EC95 | 07/18/95 | Warrant |
| Saul Gonzalez Cruz, Jr. | R857084/CA18 | 03/12/96 | Abstract |
| Maria M. Cruz | A2010706/CA12 | 08/08/06 | Abstract |
| Maria M. Cruz | A2010707/CA12 | 08/08/06 | Abstract |
| Henry E. Cross | R763116/EC18 | 06/13/95 | Warrant |
| Teresa D. Crispell | F3686526/CA30 | 11/13/07 | Abstract |
| Melvin M. Creel | R819189/EC18 | 11/14/95 | Abstract |
| Tarance Cratic | R826562/EC95 | 11/21/95 | Warrant |
| Paige G. Crail | R536329/EC18 | 10/11/94 | Abstract |
| Brian J. Craig | V538382/CA52 | 09/07/99 | Abstract |
| Vernon L. Crabtree | F3885902/CA4A | 02/12/08 | Abstract |
| James Cowan | F2850080/CA30 | 11/17/04 | |
| Elizabeth C. Corpuz | R857019/CA18 | 06/11/96 | Abstract |
| Sabrina Correa | A021999/CA85 | 10/11/05 | Abstract |
| David L. Correa | F2110710/CA4A | 02/15/06 | Warrant |
| Shawn E. Copple | R826668/CA95 | 09/13/99 | Abstract |
| Scaife Cornell | 0881609/CA52 | 08/12/08 | Abstract |
| Bernett Corbin | R314120/CA95 | 12/17/96 | Abstract |
| Gabriel Costa | F3686887/CA30 | 11/13/07 | Warrant |
| Mark Contreras | F4249939/CA46 | 07/14/09 | Warrant |
| Robert H. Condey | R742505/EC18 | 03/14/95 | Abstract |
| Samuel D. Conant | F3801955/CA46 | 03/15/06 | Abstract |
| Dennis Coleman | R2309702/CA95 | 05/14/02 | Abstract |

It is Hereby Ordered that the plaintiff United States of America's motion to dismiss the violations is GRANTED.

IT IS SO ORDERED.

Dated: June 12, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE